Adam E. Deitz, WSBA No. 55965
Mariner Law, PLLC
314 Pine Street #206
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com

Douglas G. Johnson, *pro hac vice*
Johnson & Associates, PC
330L Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 277-3090
Fax: (907) 313-5773
Email: doug@johnsonlawak.com

      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAULEONE AIGOFIE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SEAFOODS COMPANY, LLC, and AMERICAN DYNASTY, LLC<br><br>    Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:23-cv-01567-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
CASE NO.: 2:23-CV-01567-RSM
PAGE - 1

**Mariner Law, PLLC**
314 Pine Street #206
Mount Vernon, Washington  98273
(360) 399-2788 -  Fax (360) 395-3332

## **STIPULATION**

Plaintiff Sauleone Aigofie and Defendants American Seafoods Company, LLC and American Dynasty, LLC, by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 8th day of November, 2023.

MARINER LAW, PLLC

*/s/ Adam E. Deitz*
Adam E. Deitz, WSBA No. 55965
314 Pine Street #206
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com
*Attorney for Plaintiff*

LEGROS BUCHANAN & PAUL, P.S.

*/s/ Louis A. Shields*
Louis A. Shields, WSBA No. 25740
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Fax: (206) 467-4828
Email: lshields@legros.com
*Attorney for Defendants*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
CASE NO.: 2:23-CV-01567-RSM
PAGE - 2

**Mariner Law, PLLC**
314 Pine Street #206
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

## ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims by Plaintiff Sauleone Aigofie against Defendants American Seafoods Company, LLC and American Dynasty, LLC, are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 13th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

MARINER LAW, PLLC

*/s/ Adam E. Deitz*
Adam E. Deitz, WSBA No. 55965
*Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
CASE NO.: 2:23-CV-01567-RSM
PAGE - 3

**Mariner Law, PLLC**
314 Pine Street #206
Mount Vernon, Washington  98273
(360) 399-2788 -  Fax (360) 395-3332